IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ONTARIO MAJOR JUNIOR HOCKEY CORP.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:14mc21 |
| | ) | **Electronic Filing** |
| **BASSIN HOCKEY, INC.** | ) ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 1st day of December, 2014, upon review of the record, IT IS ORDERED that [4] the Clerk's Entry of Judgment entered on November 13, 2014, be, and the same hereby is, vacated;

IT FURTHER IS ORDERED that the proceedings at the above captioned miscellaneous proceeding be, and the same hereby are, dismissed without prejudice to plaintiff proceeding by (1) filing a complaint for breach of contract and declaratory relief in the civil division of this court and thereafter proceeding in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court and any orders and/or notices received in conjunction therewith or (2) pursuing an appropriate cause of action in any other tribunal.

                                                s/ David Stewart Cercone
                                                David Stewart Cercone
                                                United States District Judge

cc:    Brian R. Elias, Esquire
        James R. Walczak, Esquire
        Nicholas R. Pagliari, Esquire

        (*Via CM/ECF Electronic Filing*)